IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC., and ADAMAS PHARMA, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MACLEODS PHARMACEUTICALS, LTD. and MACLEODS PHARMA USA, INC., <br><br> Defendants. | C.A. No. _____ |

**PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs state as follows:

Forest Laboratories, LLC is an indirect, wholly-owned subsidiary of Allergan plc.

Forest Laboratories Holdings, Ltd. is an indirect, wholly-owned subsidiary of Allergan plc.

Allergan USA, Inc. is an indirect, wholly-owned subsidiary of Allergan plc, a publicly-held corporation.

Allergan plc (f/k/a Actavis plc) is a public-owned company traded on the New York Stock Exchange under the ticker symbol AGN, and no publicly held corporation owns 10% or more of its stock.

Adamas Pharma, LLC is a wholly-owned subsidiary of Adamas Pharmaceuticals, Inc., a publicly-held corporation. No publicly held corporation owns 10% or more of the stock of Adamas Pharmaceuticals, Inc.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Maryellen Noreika* |
|  | Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com |
| OF COUNSEL:<br><br>Peter J. Armenio, P.C.<br>Robert B. Wilson<br>Krista M. Rycroft<br>QUINN EMANUEL<br>  URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, NY  10010<br>(212) 849-7000<br><br>June 2, 2017 | *Attorneys for Plaintiffs* |